IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                Plaintiff,

                                      ORDER

v.

                                      02-CR-26-C

WILLIAM M. WADE,

                Defendant.
_____

       It is ORDERED that defendant William Wade is RELEASED from detention pending his revocation hearing in this case.

       Entered this 7th day of May, 2009.

                                      BY THE COURT:

                                      /s/

                                      STEPHEN L. CROCKER
                                      Magistrate Judge